UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x Civil Action No.: CV-05-834 (CBA) (SMG)
UNITED STATES OF AMERICA, §
§
    Plaintiff, §
 - against- §
§
MARIE F. LEWIS §
a/k/a MARIE F. DANIEL, §
§
    Defendant(s). §
----------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 25 2005 ★
P.M.
TIME A.M.

## DEFAULT JUDGMENT

Because Marie F. Lewis failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Marie F. Lewis:

**Claim No. C99-03195W**

| | |
|---|---|
| Principal Balance: | $4,666.51 |
| Total Interest Accrued at 8.250%: | $3,056.36 |
| Filing and Service of Process: | $285.00 |
| Subtotal: | $8,007.87 |
| Attorney's Fees: | 1500.00 |
| Total Owed: | $ 9,507.87 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
July 22, 2005

s/CBA
Carol Bagley Amon
United States District Judge

c/m